**MICHAEL D. PARIENTE, ESQ.**
Nevada Bar No. 9469
**PARIENTE LAW FIRM, P.C.,**
**JOHN G. WATKINS, OF COUNSEL**
3800 Howard Hughes Pkwy, Suite 620
Las Vegas, Nevada 89169
(702) 966-5310,  (F) (702) 474-4210
Email: michael@parientelaw.com
Attorney for Defendant
**JESUS CASTRO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>   Plaintiff, <br><br> vs. <br><br> **JESUS CASTRO**, <br><br>   Defendant. | Case No.  2:21-CR-232-JCM-BNW <br><br> **STIPULATION TO CONTINUE SELF-SURRENDER DATE TO JULY 20, 2022** |

IT IS HEREBY STIPULATED AND AGREED, by and between Michael D. Pariente, Esq., for defendant JESUS CASTRO, and ERIC SCHMALE, Assistant United States Attorney, counsel for the United States of America, that the Bureau of Prisons self-surrender date be vacated and continued to not less than 30 days from the date of his current self-surrender date which is set for June 20, 2022.

The parties stipulate to continue the self-surrender date previously set for June 20, 2022 to a new date not less than 30 days from June 20, 2022 to begin his sentence at the institution designated by the Bureau of Prisons.

This stipulation is entered into for the following reasons:

1. The Defendant is receiving medical treatment and his physician needs more time to treat him for his health problems associated with his heart.

2. The Defendant understands this will be his last extension for his surrender date should this Honorable Court grant this stipulation.

DATED this 17th day of June, 2022.

Respectfully submitted,

| | |
|---|---|
| JASON FRIERSON<br>United States Attorney | THE PARIENTE LAW FIRM, P.C. |
| */s/ Eric Schmale* | */s/ Michael D. Pariente* |
| Eric Schmale<br>Assistant United States Attorney<br>Attorney for Plaintiff | Michael D. Pariente, Esq.<br>Attorney for Defendant Janis Jones |

## ORDER

The Court, having considered the above Stipulation, hereby enters an order GRANTING it and vacates the previous self-surrender date of June 20, 2022 and orders the Defendant to surrender for service of sentence at the institution designated by the Bureau of Prisons before 12:00 PM on Wednesday, July 20, 2022.

DATED June 21, 2022.

_____
The Honorable James C. Mahan
U.S. District Court Judge

## CERTIFICATE OF SERVICE

On June 20, 2022, the undersigned caused a true and correct copy of the aforementioned **STIPULATION TO CONTINUE SELF-SURRENDER DATE TO JULY 20, 2022** via the ECF system.

**PARIENTE LAW FIRM, P.C.**

*/s/ Michael D. Pariente*
MICHAEL D. PARIENTE, ESQ.